**Order entered February 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01506-CR

**ROYNECO HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76148-Y**

## ORDER

The reporter's record is past due. On December 18, 2018, we notified court reporter Vearneas Faggett that it was overdue and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by January 17, 2018. To date, we have had no communication from Ms. Faggett, and the reporter's record has not been filed.

We **ORDER** the complete reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Faggett that the failure to do so will result in the Court taking whatever remedies it has available to ensure that this appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter; and to counsel for all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE